IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MILLARD GUTTER COMPANY, a Corporation;<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | **8:15CV406**<br><br>**ORDER** |

This matter is before the court on the recommendations of the Special Master. The court finds the recommendations should be adopted. Accordingly,

IT IS HEREBY ORDERED:

1. Depositions shall commence beginning on and after June 5, 2017, and conclude no later than August 11, 2017.

2. Deposition summaries are to be submitted to the Special Master by each party as the depositions are being taken rather than all at the end.

3. Each party will submit whatever deposition summary they wish to the Special Master within two weeks after the taking of each respective deposition.

4. Final arguments are scheduled before the Special Master on September 11, 2017, at 9:00 a.m. CDT in Courtroom No. 3, Roman Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Dated this 23rd day of May, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge