IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MILLARD GUTTER COMPANY, a Corporation;<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | **8:15CV406**<br><br>**ORDER** |

This matter is before the court on the recommendations of the Special Master. The Special Master recommends that the court consider ordering mediation at this time. The Special Master has shown that the parties have had a reasonable opportunity to conduct discovery and have prepared a very thorough Master Spreadsheet which applies to all 120 claims and presumably sets forth the nature and extent of each of plaintiffs' claims with as much accuracy as is reasonably possible at this time. Mediation has been successful in similar cases. The court finds the recommendation should be adopted. Accordingly,

IT IS HEREBY ORDERED:

1. The parties shall mediate this matter within 60 days of the date of this order.

2. The parties shall agree on a mediator and identify the mediator to the court within 14 days of the date of this order.

3. If the parties are unable to agree on a mediator within 14 days, counsel shall contact the court to schedule a hearing or conference to resolve the matter.

4. The progression of this case is suspended for 60 days.

DATED this 6th day of December, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge