IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MILLARD GUTTER COMPANY, a Corporation;<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>        Defendant. | **8:15CV406**<br><br>**ORDER** |

This matter is before the court on notification from plaintiff Millard Gutter Company's counsel that mediation is still ongoing. The 60 day deadline suspending case progression as listed in Order [52] is extended. Accordingly,

IT IS HEREBY ORDERED:

1. The progression of this case is suspended for 30 days.

2. Counsel for the plaintiff shall submit a status report on or before March 22, 2018.

Dated this 20th day of February, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge