IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MILLARD GUTTER COMPANY, a Corporation d/b/a MILLARD ROOFING AND GUTTER, <br><br>Plaintiff, <br><br>vs. <br><br>STATE FARM FIRE AND CASUALTY COMPANY a/k/a STATE FARM INSURANCE COMPANY a/k/a STATE FARM, <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | NO. 8:15-CV-406 <br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 54). Being fully advised in the premises, it is hereby ordered:

1. Plaintiff's Complaint is dismissed, with prejudice.

2. Each party shall pay their own costs and attorney fees.

IT IS SO ORDERED.

March 8, 2018

BY THE COURT:

 s/ Joseph F. Bataillon
Senior United States District Judge